**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

JAN 19 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10035 |
| Plaintiff-Appellee, | D.C. No. 2:13-cr-00742-NVW |
| v. | |
| RAMON CARRENO-OCHOA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted January 16, 2018[**]

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

Ramon Carreno-Ochoa appeals from the district court's judgment and

challenges his guilty-plea conviction and 63-month sentence for assault of a federal

officer resulting in bodily injury, in violation of 18 U.S.C. §§ 111(a) and (b), 1114.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Carreno-Ochoa's counsel

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Carreno-Ochoa has filed a pro se supplemental brief. No answering brief has been filed.

Carreno-Ochoa waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

We decline to address on direct appeal Carreno-Ochoa's pro se claim of ineffective assistance of counsel. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**